AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DARRICK O'NEAL,

    Plaintiff,

V.

CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER N.L. ORLANDO, Star No. 12756, and CHICAGO POLICE OFFICER M.B. GRAF, Star No. 11571,

    Defendants.

CASE NUMBER: 07 C 6990

ASSIGNED JUDGE: Judge Lindberg

DESIGNATED MAGISTRATE JUDGE: Judge Ashman

TO: (Name and address of Defendant)

CITY OF CHICAGO
City of Chicago
121 Rm. 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JEFFREY B. GRANICH
53 West Jackson Boulevard
Suite 840
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

December 18, 2007
-------------------------------
Date



AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1-2-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Aaron Willoughby | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: __Nancy Nieminski Authorize To Accept Service For City of Chicago__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __1-2-08__  __Aaron Willoughby__
Date  Signature of Server

__3152 South Prairie Ave__
__Chicago IL 60616__
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.