IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRICK O'NEAL, | ) | |
| Plaintiff, | ) | 07 C 6990 |
| | ) | |
| v. | ) | |
| | ) | Judge Linberg |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

**CITY OF CHICAGO'S AGREED MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, the City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel respectfully request this Honorable Court for an extension of time up to and including February 29, 2008 in which to answer or otherwise plead to Plaintiff's Complaint.

In support of this motion, Defendant states:

1. This matter was filed on December 12, 2007, in the United States District Court, Northern District of Illinois.

2. ACC Rita Moran was assigned the case for the City of Chicago on January 29, 2008. The undersigned has not yet had an opportunity to order any of the Chicago Police Department records to enable Defendant City to properly respond to Plaintiff's Complaint.

3. This motion is Defendant City's first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

5.      Plaintiff's counsel was informed of this motion on January 29, 2008 and agreed to

Defendant City's request.

**WHEREFORE**, Defendant, City of Chicago, respectfully request that they be given until

February 29, 2008 to answer or otherwise plead to Plaintiff's Complaint.

                                  Respectfully Submitted,

                                  MARA S. GEORGES
                                CORPORATION COUNSEL

BY:    **/s/ Rita Moran**
        RITA MORAN
        Assistant Corporation Counsel
        Attorney for Defendant City

30 N. LaSalle Street
Suite 1020
Chicago, IL 60602
(312) 742-9866
Attorney No. 06270301

**CERTIFICATE OF SERVICE**

      I hereby certify that I have caused true and correct copies of the above and foregoing Motion and Notice of Motion to be served upon the person(s) named in the Notice of Motion, who is a "Filing User" pursuant to ECF, in accordance with the rules of electronic filing of documents, on this 29th day of January, 2008.

                                        /s/ Rita Moran
                                        RITA MORAN