IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRICK O'NEAL, | ) | |
| Plaintiff, | ) | 07 C 6990 |
| | ) | |
| v. | ) | |
| | ) | Judge Linberg |
| | ) | |
| CITY OF CHICAGO, et. al. | ) | Magistrate Judge Ashman |
| Defendants. | ) | |

## NOTICE OF MOTION

To:　　All parties of record

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **CITY OF CHICAGO'S AGREED MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Lindberg, or before such other Judge sitting in his place or stead, on the 6th day of February, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard and present the attached motion.

**DATED** at Chicago, Illinois this 29th day of January, 2008.

　　　　　　　　　　　　　　　　　　　　　　　MARA S. GEORGES
　　　　　　　　　　　　　　　　　　　　　　　CORPORATION COUNSEL
　　　　　　　　　　　　　　　　　　　　　　　CITY OF CHICAGO

　　　　　　　　　　　　　　　　　　BY:　　/s/ Rita Moran
　　　　　　　　　　　　　　　　　　　　　　　RITA MORAN
　　　　　　　　　　　　　　　　　　　　　　　Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 742-9866
Attorney No.: 06270301