UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case: 07 C 6990 |
|---|---|
| Darrick O'Neal, | Honorable Judge Lindberg |
| v. | Magistrate Judge Ashman |
| City of Chicago, et. al. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Graf Matthew and Nicholas Orlando, Defendants.

| SIGNATURE | |
|---|---|
| /s/ Suyon Reed | Assistant Corporation Counsel |
| FIRM City of Chicago, Department of Law | |
| STREET ADDRESS  30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP  Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  06280973 | TELEPHONE NUMBER  (312) 744-3283 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X   NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X   NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐       APPOINTED COUNSEL ☐