UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRICK O'NEAL, | ) |
|       Plaintiff, | ) |
| v. | ) NO. 07 C 6990 |
| CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER N.L. ORLANDO, Star No. 12756, and CHICAGO POLICE OFFICER, M.B. GRAF, Star 11571, | ) JUDGE LINDBERG<br>) MAGISTRATE JUDGE ASHMAN<br>)<br>) Jury Trial Demanded |
|       Defendants. | ) |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, Chicago Police Officers Nicholas Orlando, Star # 12756 and Graf Matthew, Star # 11571( "Defendant Officers"), by their attorney Suyon Reed, Assistant Corporation Counsel, moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until February 29, 2008, and, in support, state as follows:

1. Plaintiff filed his complaint on December 12, 2007. The complaint alleges both federal claims under 42 U.S.C. § 1983 and state law claims.

2. Both of the Defendant Officers have been served. However, Defendant Officers' Attorney needs additional time to meet with the Officers and gather documents prior to filing any responsive pleadings.

3. Therefore, counsel for the Defendant Officers request until February 29, 2008, to answer or otherwise plead in response to the plaintiff's complaint.

4. This is defendants' first request for an extension of time to answer or otherwise plead to the complaint. As far as can be determined, this motion will not prejudice the Plaintiff or unduly burden the court's management schedule.

5. On January 30, 2008, Defense Counsel spoke with Plaintiff's Counsel who agreed to the defendants filing their Motion for an Extension of Time to answer or otherwise plead in response to the complaint.

WHEREFORE, Defendants request this court to enter an order granting an extension to February 29, 2008, to answer or otherwise plead in response to Plaintiff's complaint.

Respectfully submitted,

By: **/s/ Suyon Reed**
Assistant Corporation Counsel

30 North LaSalle Street - Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Attorney No. 06280973