UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRICK O'NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6990 |
| | ) | |
| CITY OF CHICAGO, ILLINOIS, | ) | JUDGE LINDBERG |
| and CHICAGO POLICE OFFICER | ) | MAGISTRATE JUDGE ASHMAN |
| N.L. ORLANDO, Star No. 12756, and | ) | |
| CHICAGO POLICE OFFICER, | ) | |
| M.B. GRAF, Star 11571, | ) | |
| | ) | Jury Trial Demanded |
| Defendants. | ) | |

### NOTICE OF MOTION & CERTIFICATE OF SERVICE

To:    Jeffrey B. Granich                Rita Moran
       Katie Z. Ehrmin                   Assistant Corporation Counsel
       Law Offices of Jeffrey B. Granich  City of Chicago Dept of Law
       53 W. Jackson Blvd., Ste. 840     30 North LaSalle, Ste. 1020
       Chicago, Il 60604                 Chicago, Il 60602

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, the **DEFENDANTS AGREED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD,** a copy of which will be served upon you, along with this notice, pursuant to Local Rule 5.9 and in accordance with the United States District Court for the Northern District of Illinois, Eastern Division's General Order on Electronic Case Filing, on this 30th day of January, 2008.

**PLEASE TAKE FURTHER NOTICE** that on **February 6, 2008 at 9:30 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Lindberg, or any judge sitting in his stead, in the courtroom occupied by him at 219 S. Dearborn Street, Chicago, Illinois, and then and there shall present this motion.

  **DATED** this 30th day of January, 2008.

                                           Respectfully submitted,

                                           _____

                                            /s/ Suyon Reed
                                           SUYON REED
                                           Assistant Corporation Counsel
                                           30 North LaSalle Street - Room 1400
                                           Chicago, Illinois 60602

(312)744-3283
Attorney No. 6280973