# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | George W. Lindberg | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6990 | **DATE** | January 29, 2008 |
| **CASE TITLE** | O'Neal vs. City of Chicago, *et al*. | | |

**DOCKET ENTRY TEXT**

Defendant City of Chicago's Agreed Motion to Extend the Time in Which to Answer or Otherwise Plead [10] is granted. Defendant City of Chicago is granted leave to answer or otherwise move with respect to Plaintiff's complaint on or before February 29, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|