## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6990 | **DATE** | January 30, 2008 |
| **CASE TITLE** | O'Neal vs. City of Chicago, *et al.* | | |

**DOCKET ENTRY TEXT**

Defendants Orlando and Graf's Agreed Motion for Extension of Time to Answer or Otherwise Plead [13] is granted. Defendants Orlando and Graf are granted leave to answer or otherwise move with respect to Plaintiff's complaint on or before February 29, 2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | SLB |
|---|---|---|