UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRICK O'NEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 07 C 6990 |
| ) | |
| CITY OF CHICAGO, ILLINOIS, ) | JUDGE LINDBERG |
| and CHICAGO POLICE OFFICER ) | MAGISTRATE JUDGE ASHMAN |
| N.L. ORLANDO, Star No. 12756, and ) | |
| CHICAGO POLICE OFFICER, ) | |
| M.B. GRAF, Star 11571, ) | |
| ) | Jury Trial Demanded |
| Defendants. ) | |

**NOTICE OF FILING & CERTIFICATE OF SERVICE**

To:  Jeffrey B. Granich                     Rita Moran
     Katie Z. Ehrmin                        Assistant Corporation Counsel
     Law Offices of Jeffrey B. Granich      City of Chicago Dept of Law
     53 W. Jackson Blvd., Ste. 840          30 North LaSalle, Ste. 1020
     Chicago, Il 60604                      Chicago, Il 60602

**PLEASE TAKE NOTICE** that on February 27, 2008, I have caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANT OFFICERS NICHOLAS ORLANDO AND MATTHEW GRAF'S ANSWER TO PLAINTIFF'S AMENDED COMPLAINT, AFFIRMATIVE DEFENSES, 12(b)(6) DEFENSE AND JURY DEMAND**, a copy of which is herewith served upon you.

Respectfully Submitted,

/s/Suyon Reed
Suyon Reed
Assistant Corporation Counsel
30 N. LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Atty. No. 06280973