IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DARRICK O'NEAL | ) | |
| | ) | **No. 07 C 6990** |
| Plaintiff, | ) | |
| | ) | JUDGE LINDBERG |
| v. | ) | |
| | ) | Magistrate Judge Ashman |
| CITY OF CHICAGO, ILLINOIS, and CHICAGO | ) | |
| POLICE OFFICER N. L. ORLANDO, Star No. | ) | |
| 12756, and CHICAGO POLICE OFFICER M. B. | ) | JURY DEMAND |
| GRAF, Star No. 11571, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

To:   All parties of record

    PLEASE TAKE NOTICE that on 29th day of February, 2008, the City of Chicago electronically filed its Answer, Defenses, and Jury Demand to Plaintiffs' Complaint, with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division. A copy of that document is herewith served upon you.

    I hereby certify that I have served this notice and the attached document by causing it to electronically filed to all parties who are an "ECF" filers in this matter this 29th day of February, 2008.

                                                                          Respectfully submitted,

                                                                          MARA S. GEORGES,
                                                                          CORPORATION COUNSEL
                                                                          CITY OF CHICAGO

                                      By:     /s/ Rita Moran
                                                         RITA MORAN
                                                         Assistant Corporation Counsel

30 N. LaSalle St., Suite 1020
Chicago, Illinois 60602
(312) 742-9866 Office
(312) 744-3989 Fax *New*
Attorney No. 06270301