**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Darrick O'Neal
                                        Plaintiff,

v.                                      Case No.: 1:07–cv–06990
                                        Honorable George W. Lindberg

City of Chicago, Illinois, et al.
                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 1, 2008:

    MINUTE entry before Judge Honorable George W. Lindberg:By stipulation of the parties this action is dismissed pursuant to the Release and Settlement Agreement. This action is hereby dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal. Civil case terminated. Mailed notice(slb, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.