UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRICK O'NEAL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 07 C 6990 |
| vs. ) | |
| ) | Judge Lindberg |
| CITY OF CHICAGO, ILLINOIS, and ) | |
| CHICAGO POLICE OFFICER ) | |
| N. L. ORLANDO, Star No. 12756, and ) | Magistrate Judge Ashman |
| CHICAGO POLICE OFFICER ) | |
| M. B. GRAF, Star No. 11571, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

FILED
MAY 01 2008
Judge George W. Lindberg
United States District Court

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled pursuant to the Release and Settlement Agreement executed by the parties and, therefore, this cause should be dismissed with prejudice and with each party bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement and the Agreed Order of Dismissal.

_____
Jeffrey B. Granich
Attorney for plaintiff,
Darrick O'Neal
53 W. Jackson, Ste. 840
Chicago, IL 60604
(312) 939-9009
Attorney No. 6207030
Date: 4/25/08

_____
Suyon Reed
Assistant Corporation Counsel
Attorney for defendants
Matthew Graf and Nicholas Orlando
30 North LaSalle Street, Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Attorney No. 06280973
Date: April 30, 2008

Respectfully submitted,
CITY OF CHICAGO
a Municipal Corporation

MARA S. GEORGES
Corporation Counsel
Attorney for City of Chicago

BY: _____
Rita Moran and Timothy Swabb
Assistant Corporation Counsels
30 N. LaSalle Street
Suite 1000
Chicago, Illinois 60602
(312) 744-4939
Attorney No. 6270301
Date: 4/30/08