Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6990 | **DATE** | 5/1/2008 |
| **CASE TITLE** | Darrick O'Neal vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Enter order of dismissal.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

U.S. DISTRICT COURT

2008 MAY -1 PM 5:10

FILED

| | Courtroom Deputy Initials: | SLB |
|---|---|---|