

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DARRICK O'NEAL, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) 07 C 6990 ) ) |
| CITY OF CHICAGO, ILLINOIS, and CHICAGO POLICE OFFICER N. L. ORLANDO, Star No. 12756, and CHICAGO POLICE OFFICER M. B. GRAF, Star No. 11571, | ) ) Judge Lindberg ) ) ) Magistrate Judge Ashman ) ) JURY TRIAL DEMANDED |
| Defendants. | ) |

## AGREED ORDER OF DISMISSAL

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, plaintiff, Darrick O'Neal, by one of his attorneys, Jeffrey B. Granich, and defendants Matthew Graf and Nicholas Orlando, by one of their attorneys, Suyon Reed, Assistant Corporation Counsel, and defendant City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and the parties having entered into a Release and Settlement Agreement and Stipulation to Dismiss, the Court being otherwise fully advised in the premises, hereby incorporates the terms of the Release and Settlement Agreement herein and further orders as follows:

All of the claims of plaintiff, Darrick O'Neal, against defendants, City of Chicago, and Matthew Graf and Nicholas Orlando, are dismissed with prejudice and with each side bearing its own costs and attorneys' fees in accordance with the terms of the Release and Settlement Agreement.

ENTER: _George W. Lindberg_
The Honorable George W. Lindberg
United States District Judge

DATED: 5-1-2008
Suyon Reed
Assistant Corporation Counsel
30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-3283
Attorney No. 06280973